IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15CV25

| | | |
|---|---|---|
| VITO ANTONIO LAERA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| SCOTT W. DANGLER, and BLANCO GmbH | ) | |
| Co. KG, | ) | |
| Defendants. | ) | |
| _____ | ) | |

     This matter is before the Court upon the *pro se* Plaintiff's Motion for Entry of Default, filed April 9, 2015.  A review of the docket in this case reveals that no return of service has been filed as to the Defendants.  Accordingly,

     IT IS THEREFORE ORDERED that Plaintiff's Motion for Entry of Default is hereby DENIED.

Signed: April 13, 2015

Graham C. Mullen
United States District Judge