IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15CV25

| | | |
|---|---|---|
| VITO ANTONIO LAERA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| SCOTT W. DANGLER, and BLANCO GmbH Co. KG, | ) | |
|     Defendants. | ) | |

This matter is before the Court upon its own motion. The Court is informed that there is a motion to enjoin prosecution of this case pending in the Southern District of Florida. The Court hereby orders this matter STAYED pending a ruling by the Florida court.

IT IS SO ORDERED.

Signed: July 21, 2015

Graham C. Mullen
United States District Judge