IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15CV25

| | |
|---|---|
| VITO ANTONIO LAERA, ) | |
|     Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| SCOTT W. DANGLER, and BLANCO GmbH ) | |
| Co. KG, ) | |
|     Defendants. ) | |
| _____) | |

This matter is before the Court upon its own motion. The stay in this case is hereby lifted.
IT IS SO ORDERED.

Signed: December 10, 2015

Graham C. Mullen
United States District Judge