# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Vito Antonio Laera, | JUDGMENT IN CASE |
| Plaintiff(s), | 3:15-cv-00025-GCM |
| vs. | |
| Blanco GmbH Co. KG<br>Scott W. Dangler,<br>Defendant(s). | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 2, 2016 Order.

February 2, 2016

_____
Frank G. Johns, Clerk
United States District Court